AO 93  (Rev. 12/09) Search and Seizure Warrant (Page 2)

| | Return | |
|---|---|---|
| Case No.: 3:15mj-517 | Date and time warrant executed: 12/2/2015, 11:45 AM | Copy of warrant and inventory left with: Postmaster |
| Inventory made in the presence of : | | |

Inventory of the property taken and name of any person(s) seized:

Parcel contained approximately 2 pounds 8.2 ounces of a green leafy substance that field tested positive for Marijuana.

FILED
RICHARD W. NAGEL
CLERK OF COURT
2015 DEC -4 AM 11:34
US DISTRICT COURT
SOUTHERN DIST OHIO
WESTERN DIV DAYTON

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:  12/2/2015

*S McDonough*
Executing officer's signature

S. McDonough, Postal Inspector
Printed name and title